MARGARET KLEINER, by her Guardian ad Litem, CHARLES KLEINER, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Submitted March 26, 1900; decided April 17, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 193.)

---

VIRGINIA K. HASCALL, Appellant, *v.* VINCENT C. KING, JR., and ANNA LOUISA KING, Individually and as Executor and Executrix of and Trustees under the Will of VINCENT C. KING, Deceased, Respondents, and MAMIE K. SMITH et al., Appellants.

(Submitted March 19, 1900; decided April 17, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 134.)

---

In the Matter of the Application of COLERIDGE A. HART, Appellant, for an Order Requiring the STATE BOARD OF CANVASSERS, Respondents, to Act or Show Cause.

(Submitted April 16, 1900; decided April 20, 1900.)

Renewed motion for reargument denied, with ten dollars costs. (See 161 N. Y. 507; 159 N. Y. 278.)